450 A.2d 1058

Commonwealth v. Bundy, etc., Appellant.

Submitted January 13, 1982.   John H. Corbett, Jr., Assistant Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.

VAN der VOORT, J., concurred in the result.